**Order entered March 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

By order dated February 12, 2019, the Court ordered appellant to file, by February 22, 2019, either written verification that he has paid or made arrangements to pay the reporter's fee or written documentation demonstrating that he has been found entitled to proceed without costs. Rather than comply, appellant filed a letter stating that he is not opposed to paying a reasonable cost for the record but that he has "no input at all as to what the cost will be."

Janet Saavedra, Official Court Reporter for the 254th Judicial District Court, filed an extension request on December 26, 2018. In that request, Ms. Saavedra attached email correspondence between appellant and a deputy court reporter. This correspondence demonstrates that appellant has, in fact, been given estimates of the costs for preparing the

reporter's record.  Considering all these circumstances, we **ORDER** the appeal be submitted

without the reporter's record.  *See* TEX. R. APP. P. 37.3(c).

Appellant shall file his brief on the merits by **April 24, 2019**.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE